IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY WILLIAMS**                                                                 **PLAINTIFF**

v.                    **CASE NO. 4:23-CV-00436-BSM**

**CONCORD HOSPITALITY
ENTERPRISES COMPANY, LLC**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE